

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00345-CV

---

JASON LAMBERT, APPELLANT

V.

RHIANNON VANDERWILT, APPELLEE

---

On Appeal from the 353rd District Court
Travis County, Texas
Trial Court No. D-1-FM-15-000446, Honorable Madeleine Connor, Presiding

---

March 25, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Jason Lambert, appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship*.[1] Lambert's brief was due February 18, 2025, but was not filed. By letter of February 26, 2025, we notified Lambert that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

March 10.  To date, Lambert has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam